IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES D. NIVETTE,** | CIV S-07-0759 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 6, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: July 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nive0759.111