1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **JAMES D. NIVETTE,**                          CIV S-07-0759 LKK DAD P
12
                                   Petitioner,    **ORDER**
13
          v.
14
   **JAMES A. YATES, Warden,**
15
                                   Respondent.
16

17          Respondent has requested a thirty-day extension of time in which to file a reply to

18 Petitioner's opposition to Respondent's motion to dismiss.   GOOD CAUSE APPEARING,

19 Respondent is granted an extension of time to and including October 6, 2007, in which to file his

20 reply.

21 DATED: September 7, 2007.

22

23    _____

24    DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE
25 /nive0759.111r

26

27

28