IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES D. NIVETTE,** | CIV S-07-0759 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including November 5, 2007, in which to file his reply. No further extensions of time will be granted for this purpose.

DATED: October 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nive0759.111rep