IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. NIVETTE,

    Petitioner,                    No. CIV S 07-0759 LKK DAD P

    vs.

JAMES A. YATES, Warden,

    Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 20, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the almost all of the findings and recommendations to be supported by the record and by proper analysis.

1

The court observes that the Findings and Recommendations appear to contain an error with regards to the date on which the California Supreme Court denied the petitioner's state habeas petition: the denial occurred on June 14, 2006, not 2005, as stated in the Findings and Recommendations. <u>See</u> Defendant's Lodged Document No. 5.  The court therefore declines to adopt the magistrate judge's findings to the extent that they include this erroneous reference. <u>See</u> Findings and Recommendations at 2, 14. This error, however, does not undermine the magistrate judge's remaining findings nor does it cause the court to conclude that the recommendations are unsupported or otherwise improper.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2007, are adopted to the extent described herein; and

2. Respondent's August 2, 2007 motion to dismiss is granted; and

3. This action is dismissed with prejudice.

DATED:   March 6, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2