IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. NIVETTE,

    Petitioner,                    No. CIV S-07-0759 LKK DAD P

    vs.

JAMES A. YATES, Warden,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for an application to proceed in forma pauperis and a request for clarification on how to achieve in forma pauperis status on appeal.[1]

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs." Petitioner will be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

---

[1] In a previous order, the assigned district judge in this case granted petitioner a certificate of appealability.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's July 2, 2008 and July 7, 2008 requests are granted. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the court. Petitioner is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of petitioner's prison trust account statement for the six-month period immediately preceding this order; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
nive0759.ifp